# United States Bankruptcy Court
Eastern District of Louisiana

IN RE:
  Wilbert D Naquin  CASE NO. 10–10013

DEBTOR(S)  CHAPTER 13   SECTION A

## ORDER

### Failure to attend 341 Meeting of Creditors

  The Motion to Compel Compliance Or Alternatively, Motion to Dismiss Case filed by Trustee came up for hearing on the 13th day of April, 2010;

  Present at the hearing were:

  Andrew Wiebelt, II, Attorney for Trustee

  J. David Andress, Counsel for Debtor(s)

  Objection to the Motion having been filed by Counsel for Debtor(s);

  The Court having considered the merits of the Motion, the Objection thereto, the arguments of the Trustee and Counsel for Debtor(s) as well as the evidence, stipulations and representations of both;

  **IT IS ORDERED,** that the Motion to Compel Compliance Or Alternatively, Motion To Dismiss Case is **GRANTED** and this case is **DISMISSED**.

  **IT IS FURTHER ORDERED,** that the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

  New Orleans, Louisiana, April 14, 2010.

Hon. Elizabeth W. Magner
United States Bankruptcy Judge